UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| IN THE MATTER OF MEDIATION IN ) <br> HEALTH DIAGNOSTIC LABORATORY, ) <br> INC. CASES ) <br> ) | Case No. 3:17MC004-DJN |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to the *Order Directing Judicial Mediation* (ECF No. 3758) entered in *In re Health Diagnostic Laboratory, Inc.*, No. 15-32919-KRH (Bankr. E.D. Va. Feb. 22, 2018),  J. David Folds of Baker Donelson Bearman Caldwell & Berkowitz, P.C. respectfully appears on behalf of the following defendants in the adversary proceeding styled *Richard Arrowsmith, Trustee v. Willowbrook Cardiovascular Associates, P.A.*, A.P No. 17-4384-KRH:

> Willowbrook Cardiovascular Associates, P.A.
> Nadim Nasir
> Anton P. Nielsen
> Douglass R. Bree
> John C. Isaac
> Stanley Duchman
> Tapan Rami

(together, the "**BD Defendants**") and requests that all notices given or required to be given and all papers served in this Miscellaneous Case be delivered and served upon the following:

> J. David Folds
> Baker Donelson
> 901 K Street NW
> Suite 900
> Washington, D.C. 20001
> Phone: (202) 508-3441
> Fax: (202) 220-2241
> dfolds@bakerdonelson.com

4852-1421-3727
2938289-000002

This Notice or any subsequent appearance or filing in this Miscellaneous Case is not intended to consent to jurisdiction of the Bankruptcy Court over the BD Defendants, nor shall it constitute a waiver of (1) the BD Defendants' rights to have final orders or judgments in non-core matters entered only after *de novo* review by a district judge, (2) the BD Defendants' rights to a trial by jury in any proceeding so triable, (3) the BD Defendants' rights to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the BD Defendants are or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the BD Defendants expressly reserve.

Dated: March 15, 2018                    Respectfully submitted,

                                         /s/ J. David Folds
                                         J. David Folds, VSB 44068
                                         Baker Donelson
                                         901 K Street NW
                                         Suite 900
                                         Washington, D.C. 20001
                                         Phone: (202) 508-3441
                                         Fax: (202) 220-2241
                                         dfolds@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2018, the foregoing Notice was filed using the Court's ECF system, which caused electronic notification of filing to be served on all registered users of the ECF system that have requested such notification in this case.

                                         /s/ J. David Folds